ther consideration in light of *Williams* v. *United States,* 503 U. S. 193 (1992).

No. A–747 (91–1863). KLAGISS *v.* INDIANA. Ct. App. Ind. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1097. IN RE DISBARMENT OF FRIEDMAN. Disbarment entered. [For earlier order herein, see 503 U. S. 932.]

No. D–1098. IN RE DISBARMENT OF KENNEY. Disbarment entered. [For earlier order herein, see 503 U. S. 932.]

No. D–1099. IN RE DISBARMENT OF HART. Disbarment entered. [For earlier order herein, see 503 U. S. 956.]

No. D–1101. IN RE DISBARMENT OF WATSON. Disbarment entered. [For earlier order herein, see 503 U. S. 956.]

No. D–1106. IN RE DISBARMENT OF HOROWITZ. Howard Horowitz, of Coral Gables, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on April 6, 1992 [503 U. S. 968], is hereby discharged.

No. D–1108. IN RE DISBARMENT OF ROSCH. Disbarment entered. [For earlier order herein, see 503 U. S. 968.]

No. D–1131. IN RE DISBARMENT OF BRITTON. It is ordered that James R. Britton, of Bismarck, N. D., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1132. IN RE DISBARMENT OF KAISER. It is ordered that Marvin L. Kaiser, of Williston, N. D., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1133. IN RE DISBARMENT OF SNYDER. It is ordered that Vincent Thomas Snyder, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue,